**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Melissa E. Sides a/k/a Melissa E. Gibson<br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 23-12427 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ *Michael Farrington*
                          Michael Farrington
                          21 Aug 2023, 16:09:22, EDT

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322