Certificate Number: 14912-PAE-DE-037690137

Bankruptcy Case Number: 23-12427



14912-PAE-DE-037690137

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 18, 2023, at 5:04 o'clock PM EDT, Melissa Sides completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 18, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor