Blue Chip Federal Credit Union
PO Box 4519
Carol Stream, IL 60197-4519


Capital One Auto Finance
P O Box 60511
City of Industry, CA 91716-0511


Chase Freedom
PO Box 1423
Charlotte, NC 28201-1423


Comenity Bank/Boscovs
PO Box 650965
Dallas, TX 75265-0965


Cross Country Mortgage
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047-8945


M&T Bank
PO Box 62014
Baltimore, MD 21264-2014


M&T Bank
PO Box 62014
Baltimore, MD 21264-2014


Members 1st Federal Credit Union
PO Box 8895
Camp Hill, PA 17001-8895


Synchrony Bank/Lowes
c/o Patenaude & Felix, A.P.C.
2400 Ansys Drive, Suite 402-B
Canonsburg, PA 15317