UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CASE NO: | 23-12427 |
| | : | | |
| Melissa E. Sides | : | Chapter 7 | |
| | : | | |
| Debtor(s) | : | | |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of September, 2023, a true and correct copy of the Amended Credit Matrix was served upon the following by electronic means and by first class mail, postage prepaid on the addresses listed below and on attached pages:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Lynn E. Feldman, Trustee
2310 Walbert Ave
Ste 103
Allentown, PA 18104

Synchrony Bank/Lowes
c/o Patenaude & Felix, A.P.C.
2400 Ansys Drive, Suite 402-B
Canonsburg, PA 15317

Melissa E. Sides
115 Market Street
PO Box 407
Bainbridge, PA 17502

      /s/Michael D. Hess
      Michael D. Hess
      Burke & Hess
      1672 Manheim Pike
      Lancaster, PA 17601